UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DANIEL J. FOSTER,

    Plaintiff,

v.                                       Civil Action No.: 1:08-cv-00532-RJA

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.

---

## STIPULATION OF DISCONTINUANCE

**IT HEREBY IS STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitles action be, and the same hereby is discontinued with prejudice with each side to bear its own costs and attorney's fee.

Dated: May 5, 2009                                   Dated: May 5, 2009

/s Kenneth R. Hiller                          /s Michael Del Valle
Kenneth R. Hiller, Esq                      Michael Del Valle, Esq.
Law Offices of Kenneth Hiller         Sessions, Fishman, Nathan & Israel
*Attorneys for Plaintiff*                     of New York, LLC
6000 North Bailey Avenue, Suite 1A   *Attorneys for Defendant*
Amherst, NY 14226                         130 John Muir Drive, Suite 106
(716) 564-3288                                Amherst, NY 14228
                                                     (716) 625-7492